■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEARSON E. MILES, JR., Appellant. [938 NYS2d 494]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.